UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LATASHA ADAMS,

       Plaintiff,

Case No. 5:08-cv-15028-JCO-MJH
Hon. John Corbett O'Meara
Magistrate Judge Michael Hluchaniuk

v.

KAREN HANSON,

       Defendant.
_____/

| | |
|---|---|
| BARRY A. WOLF, ATTORNEY AT LAW, PLLC | PLUNKETT COONEY |
| BARRY A. WOLF (P40709) | H. WILLIAM REISING (P19343) |
| Attorneys for Plaintiff | RHONDA STOWERS (P64083) |
| 140 E. Second Street, Suite 215 | Attorneys for Defendant |
| Flint, MI 48502 | 111 E. Court St., Suite 1B |
| (810) 762-1084 | Flint, MI 48502 |
| Bwolf718@msn.com | (810) 342-7001 |
| | wreising@plunkettcooney.com |

_____/

**STIPULATION TO ADJOURN MOTION FOR PROTECTIVE ORDER**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that Defendant's Motion for Protective Order, previously scheduled for oral argument on 5/14/09, and pending the resolution of the Motion for Summary Judgment scheduled for hearing on 5/21/09, is adjourned.

IT IS FURTHER STIPULATED AND AGREED, that if, for some unforeseen reason, the 5/21/09 hearing date on the Motion for Summary Judgment is

adjourned, the Motion for Protective Order may be rescheduled for hearing before Magistrate Judge Michael Hluchaniuk.

IT IS ALSO STIPULATED AND AGREED that, if rescheduling becomes necessary, the parties will notify the court of that need.


s/ Barry A. Wolf w/consent_____     s/ H. William Reising_____
Barry A. Wolf P40709                 H. William Reising P19343


Date: May 14, 2009


Branches.06002.90133.1797462-1