UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LATASHA ADAMS,

          Plaintiff,

v.

KAREN HANSON,

    Defendant.

Case No. 5:08-cv-15028
Hon. John Corbett O'Meara

_____/

| BARRY A. WOLF, ATTORNEY AT LAW, PLLC | PLUNKETT COONEY |
|---|---|
| BARRY A. WOLF (P40709) | H. WILLIAM REISING (P19343) |
| Attorneys for Plaintiff | RHONDA STOWERS (P64083) |
| 140 E. Second Street, Suite 215 | Attorneys for Defendant |
| Flint, MI 48502 | 111 E. Court St., Suite 1B |
| (810) 762-1084 | Flint, MI 48502 |
| Bwolf718@msn.com | (810) 342-7001 |
| | wreising@plunkettcooney.com |

_____/

## ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

     This matter having come before the court by way of motion, with oral argument having taken place on May 21, 2009, and for reasons stated on the record;

     **IT IS HEREBY ORDERED** that Defendant's Motion for Summary Judgment is GRANTED.

Date: May 28, 2009                            s/John Corbett O'Meara
                                                  United States District Judge

     I hereby certify that a copy of this order was served upon the parties of record on this date, May 28, 2009, by electronic mail.

                                                        s/William Barkholz
                                                        Case Manager